IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

| | | |
|---|---|---|
| BRIAN PERCENTIE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-00393-CRS |
| | ) | |
| NATIONAL CREDIT SYSTEMS, INC., | ) | |
| ET AL. | ) | |
| | ) | |
| Defendants | ) | |

\*\* \*\* \*\* \*\*

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Brian Percentie, and the Defendant, Experian Information Solutions, Inc., each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Experian Information Solutions, Inc. are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

TENDERED BY:   HAVE SEEN AND AGREED:

*/s/David W. Hemminger*
David W. Hemminger
LYNCH, COX, GILMAN & GOODMAN P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, KY  40202
(502) 589-4994
dhemminger@lynchcox.com
*Counsel for Plaintiff*

*/s/Jason Scott*
Jason Scott
Regulatory Affairs, Compliance Expert
Consumer Affairs Special Services
EXPERIAN INFORMATION SOLUTIONS, INC.
(214) 726 4056
Jason.Scott@Experian.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of July, 2015 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                            */s/David W. Hemminger*
                                            David W. Hemminger