UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

---

| | |
|---|---|
| BRIAN PERCENTIE,<br>   Plaintiff,<br><br> v.<br><br>NATIONAL CREDIT SYSTEMS, INC.;<br>EQUIFAX INFORMATION<br>SERVICES, LLC; TRANS UNION, LLC;<br>and EXPERIAN INFORMATION<br>SOLUTIONS, INC.;<br>   Defendants. | CASE NO. 3:15-cv-00393-CRS<br><br>**ELECTRONICALLY FILED**<br><br>Judge Charles R. Simpson, III<br>Magistrate Judge Colin H. Lindsay |

---

### ORDER OF DISMISSAL WITH PREJUDICE BETWEEN
### PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

---

  Plaintiff Brian Percentie by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

  IT IS, THEREFORE, ORDERED that all claims of Plaintiff Brian Percentie against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Brian Percentie and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

September 8, 2015

                 *[signature]*

              **Charles R. Simpson III, Senior Judge**
              **United States District Court**