**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **BRIAN PERCENTIE** | **PLAINTIFF** |
| vs. | **CIVIL ACTION NO. 3:15CV-393-CRS** |
| **NATIONAL CREDIT SYSTEMS, INC., ET AL** | **DEFENDANTS** |

**ORDER**

Counsel having notified the Court that his claims against all of the Defendants have been settled (DN 20),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's.

Date: February 19, 2016

*[signature]*

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record